NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICK R. DONAHOE, POSTMASTER GENERAL,**
*Appellant,*

v.

**LAURA K. MCNEW,**
*Appellee.*

---

2012-1586

---

Appeal from the Postal Service Board of Contract Appeals in no. 6286, Administrative Judge William A. Campbell.

---

## ON MOTION

---

## ORDER

Patrick R. Donahoe, Postmaster General, moves to voluntarily dismiss this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

USPS V. LAURA K. MCNEW                                   2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate:     JAN 23 2013